# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

VS.                                          No.  23-cr-20237-SHM

**QUANTRESE BRAZZELL,**

      **Defendant.**

## REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS

Before the Court is Defendant's Motion to Suppress any and all evidence and the fruits thereof gathered as a result of an encounter with law enforcement on December 30, 2023. (D.E. #40). Defendant's Motion was filed on May 3, 2024 and a response to the Motion was filed by the United States on May 17, 2024. (D.E. # 43) The motion was referred by District Judge Samuel H. Mays for report and recommendation on May 24, 2024 (D.E. #44). A hearing on the Motion was held on June 10, 2024 at which time the Court heard the testimony of Amber Campos and Booker Holloway as well as arguments of counsel.

Based upon the motion, response, testimony of witnesses, statements of counsel and for the reasons stated in open court on June 10, 2024, it is recommended that defendant's Motion to Suppress evidence be DENIED. A transcript of the Court's oral ruling (D.E. # 50[1]) will serve as written proposed findings of fact and recommended conclusions of law and is incorporated by reference.

---

[1] Through page 27, line 18. At the conclusion of the hearing there was an exchange with Mr. Brazzell that is unrelated to the motion.

Signed this 11th day of June, 2024.

                                        s/ Charmiane G. Claxton
                                        CHARMIANE G. CLAXTON
                                        UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**