IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

 **vs.**                                    No.  2:23-cr-20237-SHM-1

**QUANTRESE BRAZZELL,**

    **Defendant.**

_____

**AMENDED ORDER GRANTING MOTION TO CONTINUE REPORT**

_____

    This cause came on upon the motion of Defendant to continue the report date in this matter. The government does not oppose Defendant's motion. For good cause shown, the Court hereby grants the motion to continue report date.  The parties are ordered to appear before the Court on **July 17, 2024 at 2:30 p.m.**

    IT IS ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of time between July 12, 2024 and July 17, 2024 is hereby excluded under the Speedy Trial Act.

    IT IS SO ORDERED this 10th day of July, 2024.

                                          */s/ Samuel H. Mays, Jr.*
                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE